### Hahah IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHER DISTRICT OF OHIO
### WESTERN DIVISION

U.S. EEOC,                                                        Case No. 3:13CV1662

      Plaintiff

      v.                                                         **ORDER**

Kyklos Bearing Int'l LLC,

      Defendant

Pending is the plaintiff EEOC's motion to unseal the defendant's motion for summary judgment and accompanying exhibits. (Doc. 48). Defendant, citing the charging party's right to privacy in her medical history and records, opposes the motion.

I agree with the EEOC that the defendant does not have one-sided authority to exercise rights belonging to a charging party. I can, though, understand defendant's concern with the risks – both to the charging party and itself – of improperly disclosing such information.

I will grant the motion to unseal, subject to the condition that the EEOC undertake to learn whether the charging party has any objection to unsealing of any part of the materials defendant filed under seal. If the charging party has no objection at all, the Clerk, on receiving notice therof, shall unseal the motion and exhibits. If the charging party has specific objections, the EEOC shall prepared and file a redacted version of the sealed materials that version; the Clerk shall docket the filing of the redacted version. If the charging party objects to unsealing *in toto*, the motion and exhibits shall remain under seal.

It is, accordingly

ORDERED THAT:

1. Plaintiff forthwith to provide a copy of this Order to the charging party, requesting that she respond promptly with any designation of any portion of the defendant's motion for summary judgment and attached exhibits that she desires remain under seal;

2. On receipt of such designation, but in any event not later January 15, 2015, plaintiff shall either file a request for such designation, if any, and subsequent unsealing of the motion and exhibits, with any designated material redacted; failing a response from the charging party, the defendant's motion for summary judgment and its exhibits shall be unsealed *in toto*.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge